**Darren M. NANCE, Appellant**

v.

**CITY OF NEWARK; Newark Police Department; The Mayor, Sharpe James; Joseph J. Santiago; Thomas C. O'Reilly; Robert K. Rankin, Jr.; Mitchell McQuire; Michael O'Connor; James David O'Connor; Willie E. Underwood; Irving B. Guller; Jose Omar Colon; Chadrakant Patel; James E. Tunis; Isabella Castellanos; Vincent Bongermino; John Does (1-10); Richard Paraboschi; Nicholas Maresca; Anthony Campos; John Zakowski**

No. 16-4450

United States Court of Appeals, Third Circuit.

February 1, 2018

Samuel J. Halpern, Esq., West Orange, NJ, for Plaintiff-Appellant

John S. Favate, Esq., George R. Hardin, Esq., Hardin Kundla McKeon & Poletto, Springfield, NJ, for Defendant-Appellee

Stefani C. Schwartz, Esq., Schwartz Simon Edelstein & Celso, Whippany, NJ, for Defendant

Before: AMBRO, KRAUSE, Circuit Judges and CONTI *, Chief District Judge

### SUR PETITION FOR PANEL REHEARING

Thomas L. Ambro, Circuit Judge

The petition for panel rehearing filed by Appellant in the above entitled case having been submitted to the judges who participated in the decision of this Court. Appellant's Reply was considered by the Court. It is hereby ORDERED that the petition for rehearing by the panel is GRANTED, in part and the Opinion and Judgment entered October 27, 2017 are vacated. A new Opinion and Judgment will be filed forthwith.

* Honorable Chief Judge Joy Flowers Conti, District Court Judge for the Western District of Pennsylvania, sitting by designation.